# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-1131NI

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Kevin Leon Bassham, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: June 9, 1998
Filed: June 15, 1998

———————

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

———————

PER CURIAM.

Kevin Leon Bassham appeals his bank robbery and firearms convictions and the sentence imposed by the district court. First, finding no error, plain or otherwise, we reject Bassham's contentions related to the admissibility of the Government's evidence about Bassham's drug activity. Second, we disagree with Bassham's contention that his past criminal record does not qualify him for sentencing as a career offender. The district court correctly found that Bassham's earlier convictions for attempted burglary and stalking were crimes of violence for career offender sentencing under the guidelines. Having rejected Bassham's arguments, we also conclude an extended

opinion by this court would have no precedential value. We thus affirm Bassham's convictions and sentence without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.